# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

156294 & (23)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

KAIRI SHARIF SANDERS,
    Defendant-Appellant.

SC: 156294
COA: 337025
Genesee CC: 94-051517-FC

_____/

On order of the Court, the application for leave to appeal the May 26, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



Clerk

a0521